IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CR-96-84-D |
| HAROLD EUGENE BELL, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

Upon motion of Defendant Harold Eugene Bell, the Court previously appointed the Federal Public Defender to represent Defendant for the purpose of seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 782 of the United States Sentencing Guidelines. *See* Order Appointing Counsel [Doc. No. 328]. The assigned attorney has now filed an Advisement to the Court [Doc. No. 366], stating his opinion that Defendant is ineligible for relief from his mandatory sentence of life imprisonment. The Court agrees. *See United States v. Bell*, 154 F.3d 1205, 1208 (10th Cir. 1998) (noting Defendant's sentencing enhancement under 21 U.S.C. § 851, and mandatory life sentence pursuant to 21 U.S.C. § 841(b)(1)(A)). For the reasons stated in the Advisement, and under the circumstances shown by the case record, the Court has no authority to modify Defendant's sentence under 18 U.S.C. § 3582(c)(2).

IT IS THEREFORE ORDERED that the Federal Public Defender's appointment to represent Defendant Harold Eugene Bell is hereby terminated.

IT IS SO ORDERED this 18th day of April, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE